# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4448

———————————————

JOSEPH SELLERS,

    Petitioner,

v.

FLA. DEP'T. OF CORRECTIONS,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

May 21, 2019

PER CURIAM.

    DISMISSED.

WETHERELL, RAY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Joseph Sellers, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.